FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 4:17 pm, Sep 02, 2020

# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| EDGAR JEROME MELVIN, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-80 |
| v. | * | |
| WARDEN D. EDGE, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 29. Petitioner Edgar Melvin ("Melvin") did not file Objections to this Report and Recommendation, despite having an extended period of time to do so. Dkt. No. 32.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Melvin's 28 U.S.C. § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

AO 72A
(Rev. 8/82)

Melvin *in forma pauperis* status on appeal.

**SO ORDERED**, this ____2____ day of ___September___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2