AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By casbell at 1:46 pm, Sep 03, 2020

EDGAR JEROME MELVIN,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV219-80

WARDEN D. EDGE,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 9/2/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, the Respondent's Motion to Dismiss is GRANTED, Petitioner's petition is DISMISSED, and Petitioner is DENIED in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: September 3, 2020

John E. Triplett, Acting Clerk
Clerk

_Candy Asbell_
(By) Deputy Clerk

GAS Rev 10/1/03